# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GWINNETT-CLUB ASSOCIATES, LLC, d/b/a The Columns at Club Drive, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:23-CV-02196-ELR |
| JAMES MCDONALD, | * * * | |
| Defendant. | * * | |

## O R D E R

Presently before the Court is Magistrate Judge Linda T. Walker's Final Report and Recommendation (the "R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); see also Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 3]. For the reasons stated in the R&R, the Court **REMANDS** this action to

the Magistrate Court of Gwinnett County, Georgia.  The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 15th day of June, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia